UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MEDASSETS NET REVENUE SYSTEMS, LLC, | ) ) ) |
| Plaintiff, | ) NO. CV-10-5143-LRS ) |
| v. | ) ORDER DENYING JOINT MOTION FOR ) PROTECTIVE ORDER |
| JAMES KELLY, et al., | ) ) ) |
| Defendants, | ) ) |

BEFORE THE COURT is the parties' Joint Motion for Protective Order (ECF No. 53) and [Proposed] Consent Protective Order (ECF No. 53-1).

Because public policy concerns, which arise from entry of broad protective orders, may have unintended effects beyond the scope of the pending litigation, the undersigned judicial officer declines to enter the proposed order heretofore submitted. However, nothing contained herein is intended to preclude enforcement of an otherwise valid agreement where required by the facts hereafter presented to the Court. Accordingly, unless otherwise advised, the Court will proceed on the assumption that in moving jointly to enter the protective order set forth in ECF No. 53, the parties entered into a mutually negotiated agreement

ORDER - 1

1  which is intended to govern those aspects of this litigation
2  covered by its terms.
3      The parties' joint motion for protective order, **ECF No. 53,**
4  is **DENIED.**
5      **IT IS SO ORDERED.**  The District Court Executive is directed
6  to file this order and provide copies to counsel.
7      DATED this 11th day of October, 2011.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 2